# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUNCION LOUALHATI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BOB ELIAS,<br><br>　　　　　　Defendant. | Case No. CV 19-8955 JAK (SSx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION**<br><br>JS-6 |

　　The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

　　On October 17, 2019, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and an application to proceed in forma pauperis. The Court has denied Defendant's IFP application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, Chatsworth Courthouse, 9425 Penfield Ave., Chatsworth, California 91311, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: November 14, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE